

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00315-CV

| | | |
|---|---|---|
| STORMIE CALLAWAY, TRUSTEE OF THE EDGAR PAGETT CALLAWAY REVOCABLE LIVING TRUST, AND STORMIE CALLAWAY, EXECUTOR OF THE ESTATE OF EDGAR "PAT" PAGETT CALLAWAY, Appellant and Appellee | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-329616-21) |
| V. | § | July 10, 2025 |
| ELISE H. PIGG, BY AND THROUGH A. ROBIN PIGG, AS ATTORNEY IN FACT, Appellee and Appellant | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We conclude that the trial court erred as a matter of law in its declaration that Stormie Callaway was not a successor to the easement agreement. Because we sustain Callaway's challenge to this singular declaration, we remand the question of fee segregation to the trial court to exercise its discretion to decide whether the attorney's fee award should be recalculated.

We affirm the trial court's judgment other than the remand on the question of attorney's fees.

It is further ordered that Stormie Callaway shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
        Justice Dabney Bassel
